UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYGHE JAMES MULLIN,<br><br>  Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>  Defendants. | Case No. 23-cv-04399-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This suit was reassigned from a magistrate judge to the undersigned in light of Ninth Circuit authority.[1] Plaintiff Tyghe James Mullin, who had been in custody at the Elmwood Correctional Facility, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.

On October 13, 2023, mail directed to Mullin by the Court was returned to the Clerk of the Court with the following notation: "RETURN TO SENDER. NOT DELIVERABLE AS ADDRESSED. UNABLE TO FORWARD." *See* Dkts. 6, 7. To date, Mullin has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying their new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable,

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (concluding that magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before a magistrate judge).

and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.  See L.R. 3-11(b).

More than sixty days have passed since the mail directed to Mullin by the Court was returned as undeliverable.  The Court has not received a notice from Mullin of a new address.  Accordingly, the complaint is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:   December 22, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**